IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LANCE KING, | CASE NO. 2:08-cv-317 |
| | JUDGE SMITH |
| Petitioner, | MAGISTRATE JUDGE ABEL |
| v. | |
| DEB TIMMERMAN-COOPER, Warden, | |
| Respondent. | |

## OPINION AND ORDER

On June 2, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

**IT IS SO ORDERED**.

\s\ George C. Smith

GEORGE C. SMITH
United States District Judge